■ HARRIET LUTHART, as Executrix of BERNARD J. LUTHART, Deceased, Respondent, v SADEGH DANESH et al., Defendants, and ABDUL L. RATHOR, Appellant. (Appeal No. 1.) [609 NYS2d 887] —Order unanimously affirmed with costs. Same Memorandum as in *Luthart v Danesh* ([appeal No. 2] 201 AD2d 930 [decided herewith]). (Appeal from Order of Supreme Court, Genesee County, Gossel, J.—Summary Judgment.) Present—Denman, P. J., Green, Balio, Lawton and Boehm, JJ.